AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __-05-_-541__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

___JUL 2 7 2005___  /s/
(Date forms issued)    (Signature of Party or their Representative)

___Buray Evereno___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action